No. 192. G. Wash Hunter, Plaintiff in Error, v.
The State of South Carolina. In error to the Su-
preme Court of the State of South Carolina. Motion to
dismiss or affirm submitted January 9, 1911. Decided
January 16, 1911. *Per Curiam.* Writ of error dismissed
for the want of jurisdiction. *Farrell* v. *O'Brien,* 199 U. S.
100; *Waters-Pierce Oil Co.* v. *State of Texas,* 212 U. S. 112;

*King* v. *West Virginia*, 216 U. S. 92; *Griffith* v. *Connecticut*, 218 U. S. 563.  *Mr. John G. Capers, Mr. Joseph D. Wright, Mr. Coleman L. Blease* and *Mr. William R. Andrews* for plaintiff in error.  *Mr. J. Fraser Lyon* for defendant in error.